In the Matter of THOMAS H. BROWN, Respondent, against EDWARD A. FITZGERALD et al., Appellants.   In the Matter of EDWARD A. FITZGERALD, Appellant, against WILFORD A. LE FORESTIER et al., Constituting the Board of Elections of Rensselaer County, et al., Respondents.—

Foster, P. J.,
Bergan, Coon, Halpern and Zeller, JJ., concur.